AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the Eastern District of Pennsylvania

Edward Thomas Kennedy
_Plaintiff/Petitioner_

v.                                        Civil Action No.

_____
_Defendant/Respondent_

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_       Date: 10/12/2017

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse ✻ | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

✻ Not married but Eastern district

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ * | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| Total monthly income: | $ 0 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | 0 | | $ |
| | 0 | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | 0 | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 200 Nou.

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

* Applied, interview 10/30/201

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ ∅ |
| Other real estate (Value) | $ ∅ |
| Motor vehicle #1 (Value) | $ ∅ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ ∅ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ∅ | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| ∅ | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

✗ 8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments |  |  |
| Motor vehicle: | $ | $ |
| Credit card (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ (p) | $ |

✗ can not estimate or budset

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
|---|---|---|
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ❏ Yes   ❏ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ❏ Yes   ❏ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: 415-275-1244
    Your age: 64   Your years of schooling: 18 *

I was/am sick, mostly function now due to Ozone prespits, but not fully recovered:
As prest + Knight, my word is my bond. I exhausted savings and was abandoned by my family and now live in a community w/ shared expen

Exhibit ## (one)

## Holy Catholic Church of the East
### Vicarate of Nevis Island & Ecuador

By the Grace of God, we inform that in accordance with canonical laws and traditions of the Ancient Holy Church of the East, we certify through this instrument the **Ordination of Priesthood**

Edward T. Kennedy

(Apostle Ecclesiastic no _____)    Date _____

Diocese of the Sacred Medical Order
of the Church of Hope
www.smoch.org

Authorized Bishop

---

THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE

## THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE
ORDEN MEDICA SAGRADA DE CABALLEROS DE ESPERANZA

**IMPORTANT**
This document is valid in all countries unless otherwise restricted. It is not transferable. It is for the sole use by the person to whom it is issued. The person to it is issued must sign his or her name immediately upon receipt. This document is not valid unless it is signed.

**IMPORTANTE**
El presente documento es valido par viajar por todos los paises, salvo indicaciones contrarias. Es intransferible. Unicamente la persona para la cual ha sido expedido puede utilizarlo. El titular debe ser firmado al instante de recibirlo. Est documento no es valido sina la firma del titular.

TYPE OF PASSPORT
___ Personal    ✓ Diplomatic

Professsion of Holder: _____
Authorization: _____

PASSPORT / PASSEPORT / PASAPORTE
Passport No. / Passeporte No.
NAME OF BEARER / NOM DU TITULAIRE / APPELIDOS
**KENNEDY**
Given Names / Nombre
**EDWARD THOMAS**
Nationality / Nacion  **UNITED STATES OF AMERICA**
Place of Birth / Lugar de Naci  **PENNSLYVANIA**
Sex / Sexe / Sexo  **MALE**  Date of Birth / Fecha de Nacimiento
Date of Issue / Fecha de Expedicion  **13 SEP 2012**
Date of Expiry / Fecha de Expiracion  **13 SEP 2017**
Issuing Authority / Autoridad Expedidora: Sovereign Council

P<QSOKENNEDY<<EDWARD<THOMAS<<<<<<<<<<<<<<<<<<
QSO1003115<0USA5310025M170913<<<<<<<<<<<<<<06

Exhibit 2

Vazson 2008



↑ Hospitality
Knight in Nepal.

# OZONE HAS BEEN USED TO TREAT

Ascariasis
Acne
Acrodermatitis
Acute otitis media
Acute vestibulopathy
Addison's disease
Adenocarcinoma
Adenovirus
Adrenalitis
AIDS
Alopecia
Allergies
ALS (Lou Gehrig disease)
Alzheimer's disease
Amebiasis
Amenorrhea
Amyloidosis
Anal fissures
Anemia
Angina
Angiodema
Ankylosing spondylitis
Anthrax
Apthous stomatitis
Arterial occlusion
Arteriosclerosis
Arthritis
Arthrosis
Asthma
Athlete's foot
Babesiosis
Bacterial pneumonia
Bartonellosis
Basalinoma
Bell palsy
Bornholm myalgia
Botulism
Bronchitis
Bronchiopulmonary aspergillus
Bronchiospasm
Brucellosis
Bullous pemphigus
Burkit lymphoma
Cancer of all types
Candidiasis
Carbuncles
Cavernous sinus thrombosis
Cellulitis
Cerebral atrophy
Cerebro vascular accident
Chagas disease
Chicken pox
Chlamydia
Cholecystitis
Chronic pain
Chronic pulmonary disease
Cirrhosis of the liver
Coccidiomycosis
Colitis
Colorado tick fever
Conjunctivitis
Contact dermatitis
Coronavirus
Cryoglobulinemia
Cryptococcosis
Cryptospiridiosis
Cystitis
Cytomegalovirus
Cutaneous larva migrans
Dengue fever
Dermatitis
Diabetes
Diverticulitis
Echovirus
Eczema
Ehrlichiosis
Emphysema
Encephalitis
Encephalomyelitis
Endocarditis
Endometritis
Endophthalmitis
Enteric fever
Enteritis necroticans
Environmental hypersensitivity
Epidermoid carcinoma
Epidermolytic keratosis
Epididymitis
Epidermophytosis
Epstein – Barr virus
Erysipelas
Erythema migrans
Flavivirus
Folliculitis
Food poisoning
Fulminant varicella
Furuncle
Gangrene
Genital warts
Giardiasis
Glaucoma
Glioma
Glomerular membrane disease
Glomerulonephritis
Goodpasture syndrome
Gout
Graves disease
Guillan – Barre syndrome
Hairy leukioplakia
Heart arrhythmia
Heart disease
Hematoma
Hemorrhage
Hemorrhagic fever
Hemorrhoids
Hemolytic anemia
Hepatitis
Herpes of all types
Histoplasmosis
HIV, HTLV
Hypercholesterolemia
Hypotension
Hypersensitivity
Hyperthyroidism
Huntingdon chorea
Ichthyosis
Ileitis
Impetigo
Influenza
Intravascular coagulation
Ischemic optic neuropathy
Krohn's disease
Kyanasur Forest disease
Landry syndrome
Lassa fever
Leishmaniasis
Leptospirosis
Leukemia
Leukoencephalopathy
Leukopenia
Listeriosis
Liver dysfunction
Lupus erythematosus
Lyme disease
Lymphocytic choriomeningitis
Lymphogranuloma
Lymphoid pneumonia
Lymphoma
Malaria
Mastoiditis
Measles
Melanoma
Melioidosis
Meniere disease
Migraine
Molluscum ecthyma
Mononucleosis
Morbilloform
*Mumps*
Multiple sclerosis
Myalgia
Myasthenia gravis
Mycobacterium avium complex
Myocarditis
Mycosis
Myelitis
Myonecrosis
Myositis
Neurodermatitis
Neutropenia colitis
Ocular trachoma
Optic nerve dysfunction
Optic neuritis
Oral erythema
Orbital cellulites
Orchitis
Osteomyelitis
Osteoporosis
Osteosarcoma
Osteosclerosis
Pancreatitis
Panniculitis
Papillitis
Parainfluenza
Parkinson's disease
Pediculosis
Pelvic inflammatory disease
Pemphigoid
Pernicious anemia
Poliomyelitis
Polyateritis
Polyoma virus
Poor circulation
Postpartum fever
Pneumocytosis
Pneumonia
Proctitis
Prostate enlargement
Prurigo
Psoriasis
Pulmonary toxiplasis
Pyoderma
Rabies
Radiculoneuritis
Relapsing fever
Reynold's syndrome
Reynaud's disease
Rheumatism
Rheumatoid arthritis
Rhinitis
Rift Valley fever
Rubella
Salmonella
Salpingitis
Scabies
Scleroderma
Senile dementia
Senile macular degeneration
Sennutsu fever
Septicemia
Shingles
Shock
Sickle cell anemia
Sinusitis
Skin burns
Spinalioma
Staphylococcus
Stomatitis
Striatonigral degeneration
Stroke
Syphilis
Tardive dyskinesia
T. cruzi
Tendonitis
Tetanus
Tinea versicolor
Tinnitus
Thoracic zygomycosis
Thrombopenic purpura
Thrombophlebitis
Thyroiditis
Togavirus
Tourette syndrome
*Toxic amblyopia*
Toxoplasmosis
Traveller's diarrhea
Trench fever
Trypanosomiasis
Tuberculosis
Tularemia
Ulcers
Urethritis
Urticaria
Uterine spasm
Uveitis
Varicose veins
Varicella pneumonia
Vascular retinopathy
Vasculitis
Warts
Wegener granulomatosis

**Affidavit and personal statement in support of plaintiff's application to proceed of the district court without prepaying fees or costs with exhibits, Including up 1 page document that shows that ozone therapy heals everything you don't need to diagnose anything you just use it and I've become an expert in it and the cruelty of my sister which led to multiple crimial lawsuits ithat she initiated, n fact, saved my life. I will swear under oath to the facts contained in the affidavit below or I do swear under oath as my honor is a night then the information hearing is true.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Edward Thomas Kennedy,
    Plaintiff

vs.    *United States, et. Al*

United States, Commonwealth of Pennsylvania, Steven J Marshall, Joseph Hanna, County of Schuylkill, Court of Common Pleas Schuylkill County, William E. Baldwin, Christina Hale, Maria Casey, Thomas Muller, County of Lehigh, David Rice, Christine Holman, Richard Clink, Geralyn Griffin, Philip Petrus, Walter Miscavage, Frank J. Staudenmeier, and Pennsylvania Bar Association.
    Defendants.

Personal Statement / AFFIDAVIT

    COMES NOW, Edward Thomas Kennedy (hereinafter "Affiant"), being of lawful age, qualified and competent to testify and having firsthand knowledge of the following facts, do hereby declare that the facts stated herein are true, correct and not misleading:

1a. Affiant in the last 10 months or so, has used Ozone Therapy, specifically 12 of the known 24 protocols, to reduce and possibly eliminate total body infections, including two frontal lobe brain tumors. Some infections still exist in my neck and throat, which affects my speech. I used and us Kinesiology and Scarerology to test only, not digital devices for they are often to always wrong. I am trained as a medical doctor by my Sacred Medical Order, and if I had used allopathic options, I'd be dead twenty years ago. The front lobe brain tumors I had/ have are serious and affected me badly possibly beginning badly in approximately August of 2016. My family abandoned me in September 2016. The life long hated of my sister toward me ultimately saved my life.

1b. Affiant has and has had a lifelong disease known Human immunodeficiency virus infection and acquired immune deficiency syndrome (HIV/AIDS) and its unknown side-effects, since 1985, and this disease is a huge mental, spiritual and physical disability. Part of the disease is an intense desire to be hundred percent healthy and it never materializes, for the infection hides within muscles and bones and joints. Part of the disease is also an personal and human intense desire to maintain privacy and to not expose 100 percent of the issues for many people are scared and react negatively and think they're going to contract the illness. Ozone is God's gift to man and I am grateful to my teacher, who showed me how to use all the protocols. I am expert now in 12.

1c. Affiant plans to attend law school in September 2018, and concentrate on health issues, and law school admissions counselor at my preferred law school, an Attorney, advised me to sue the bums, stated in more colorful words.

1 of 4.

2. Affiant is an ordained Roman Catholic (priest) Eastern Rite, who is also a world class expert and practitioner of a sacred prayer know as Exorcisms, which are now protected by the Roman Catholic Church under canon law by Pope Francis since 2013 and the AIDS/HIV disability plus Exorcism as medical charity are total commitment of my priesthood and knighthood to help others more sick than me, ,christian charity to help others, and a total act of love (not hate), has affected my life greatly, and <u>Affiant reluctantly discloses this information this now.</u>

3. Affiant become a Hospitaller Knight, a Papal Knight of Doctors and physicians, in 2008 in a continued attempt to heal myself first but Affiant still suffers from many ailments and infections including at times, sadness and depression, migraine headaches, Focus, Hearing and Vision problems, eye pain, and at times, rapid weight loss and then gain.

4. Affiant says that despite my disclosures, Defendant and Prosecuting Attorney Christine Holman ignored Affiant's Disabilities in all her prosecutions and also the Disabilities, which also has affected my ability to respond to her in a coherent manner. Also, there is an ongoing, problem with mail, and USPS and Megan Brennan, CEO, are added as Defendants.

5. Affiant always tried to protect both personal privacy and priest-penitent privilege concerning personal medical conditions and especially protect the priest penitent privileges, and Affiant never intends or intended to hurt or harm anyone ever.

6. Affiant has no pattern of criminal behavior and no criminal convictions over a lifetime of 64 years, and as evidence by pictures from Exhibit 3, Affiant is dedicated to relieving human suffering worldwide. Affiant has no Criminal Mind set, and also known as mens rea, there is pattern of criminal behavior or intent with Affiant.

7. Affiant is charged with **criminal** harassment at Court of Common Pleas in Dockets CP-54-CR-0000293-2017 and CP-54-CR-0000404-2017, and possibly other cases, which began at the time of my brain deterioration.

8. Affiant says approximately twenty four local township, County of Lehigh Sheriff and and Pennsylvania state police, lead by Stephen J. Marshall, Sergeant, business card Exhibit 1 attached, threatened the Affiant with murder with a machine gun at approximately 2:30 PM Eastern Daylight Time on Friday, June 2, 2017, claiming that Affiant is a "sovereign citizen."

9. Affiant's life he was threatened one other time in County of Schuylkill prison, Pottsville Pennsylvania, by Captain William Flannery, who said, "you are not a priest, and if you came back to my jail, I will kill you."

10. Affiant says the Department of Justice (DOJ) published the Americans with Disabilities Act (ADA) Standards for Accessible Design in September 2010 and these standards state that all electronic and information technology must be accessible to people with disabilities.

11. Affiant says Frackville MJD Court and Christina Hale, Defendant failed to comply with ADA) Standards for Accessible Design no electronic or information technology was or is available to me, a person with disabilities.

12. Affiant says the Frackville MJD Court had no electronic or information technology

at technology available to me or any disabled.

13. Affiant says the ADA definition of disability under the ADA, is defined as you have a disability if you have at least one of the following: A physical or mental impairment that substantially limits one or more major life activities; A record of such an impairment; or you are regarded as having such an impairment.

14. Affiant says in a recent Court session in Frackville, Affiant lost the ability to speak and there was no one and no technology there to assist me. Defendant Hale rescheduled, and said, next time, "it would be quick."

15. Affiant says Defendant Christine Holman, prosecuting attorney refuses to acknowledge my true royalty title, Chevallier Reverend, and status as nobility and also refuses to acknowledge that my disability affected by ability to respond to all cases.

16. Affiant's title is Chevalier Reverend and was published in the newspaper three times as a Public Notice, Exhibit Two, Publisher's affidavit Attached. Affiant is an ordained Roman Catholic priest and requests to be as addressed as Father, not Mister.

17. Affiant's name is Edward Thomas Kennedy and not Edward T. Kennedy, and not Edward Griffin. Please address me as Father Kennedy, Diplomatic passport number; QS01003115, Apostolic Ecclesiastic Number 1003115, Date of ordination: November 17th 2013.

18. Affiant says this is the first time charged with Criminal charges, and these criminal charges affects my status and ability to be accepted in Law School in September 2018. Affiant is scheduled to take the LSAT exam for law school in December, 2017 in Allentown, Pennsylvania at Muhlenberg College.

19. Affiant is a part of the Roman Catholic priesthood community and as at Papal and not British royalty Knight, the oaths are for integrity, thoughtful decision making and a total commitment to the relieve human suffering and sacerdotal duty is only to preach the sacred scriptures and never to hate or harm.

20. Affiant holds both United States and Vatican diplomatic passports, photocopies attached. I am loyal to both the United States at and the Roman Catholic Church, and is now fully aware the influence of the Vatican has on the all US courts.

21. Affiant says Prosecuting BAR Attorney Christine Holman and her Deputy, violated the pledge of Vatican neutrality under Lateran Pacts of 1929 Article 24, "In regard to the sovereignty appertaining to it also in international matters, the Holy See declares that it desires to take, and shall take, no part in any temporal rivalries between other States, nor in any international congresses called to settle such matters, save and except in the event of such parties making a mutual appeal to the pacific mission of the Holy See, the latter reserving in any event the right of exercising its moral and spiritual power. The Vatican City shall, therefore, be invariably and in every event considered as neutral and inviolable territory.

22. Affiant did not make a mutual appeal to the pacific mission of the Holy See, with Christine Holman or her Deputy to settle disputes in Docket No: MJ-21201-CR-0000193-2016 and / or Case No. CP-54-CR-0000293-2017 at Court of Common Pleas of Schuylkill County or any court, and all criminal cases against me

must stop now by law.

22. Affiant says Lateran Pacts of 1929, CONCILIATION TREATY Article 24, quote, In regard to the sovereignty appertaining to it also in international matters, the Holy See declares that it desires to take, and shall take, no part in any temporal rivalries between other States, nor in any international congresses called to settle such matters, save and except in the event of such parties making a mutual appeal to the pacific mission of the Holy See, the latter reserving in any event the right of exercising its moral and spiritual power.

23. Vatican says the Vatican City shall, therefore, be invariably and in every event considered as neutral and inviolable territory.

24. Affiant did not agree to making a mutual appeal to the pacific mission of the Holy See, therefore the Vatican State is NOT neutral. and all Criminal cases and they Schuylkill County Court of Common Pleas, must be dropped without delay for this matter causes extreme stress and affects the Affiant's disability.

25. Affiant says published in a newspaper three times as a Public Notice, Affiant is Trustee of the Thomas Patrick Kennedy family, PMA, A private membership Association, and Geralyn Griffin and Rose Kennedy are members, and Geralyn Griffin as a member violated the terms and conditions of the PMA, by testifying against me in criminal cases for this violates the terms and conditions of private contract. This means lawfully that no Court can use her testimony against Affiant and her testimony must be ignored or else the Court also violates the terms and conditions of private contract. Affiant will provide the Publisher's Affidavit of publication as evidence at trial.

26. Affiant also has a contract known as "Sanctified Healing Services" with Geralyn Kennedy and the contract specifically states that if she has a complaint she would only take it to the Grandmaster Counsel in Nevis only, and this agreement is similar to an agreement to arbitrate provided by mortgage companies. Geralyn Griffin violated the terms and conditions of this contract and no judicial court may use her testimony.

Exhibits as follows:

Exhibit 1 Stephen J. Marshall, Sergeant, business card., Exhibit 2a, Publisher's affidavit Attached. Affiant's title is "Chevalier Reverend" and was published in the newspaper three times as a Public Notice, Exhibit 2b, Priest Credential and Knight diplomatic passport, Exhibit 3, Nights at work in Asia.
Plus Two contracts with Geralyn Griffin to be presented at Trial as evidence.

AFFIRMED October 11, 2017.

The Affiant further sayeth naught;

Edward Thomas Kennedy, Affiant.