UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Edward Thomas Kennedy,
      Plaintiff.

vs.

United States,
Commonwealth of Pennsylvania,
Steven J Marshall,
Christine Holman,
Christina Hale,
Geralyn Griffin,
Pennsylvania Bar Association members, and
      Defendants.

**Complaint and Jury Demand**

  NOW COMES Plaintiff Edward Thomas Kennedy, an ordained Roman Catholic Priest, and for his respectful Complaint and Jury Demand against Defendants United States, Commonwealth of Pennsylvania, Steven J Marshall, Christine Holman, Geralyn Griffin, and the Pennsylvania Bar Association members, hereby states as follows:

Complaint and Demand for Jury Trial

1. Plaintiff for its Complaint and Jury Demand against Defendants alleges as follows:

Introduction

2. Plaintiff acknowledges and recognizes the valuable services that the Pennsylvania Bar Association provides to the universal church and social stability and desires to be a member of this Association, evidenced by my application to law school at age 64. I request the Court to please recognize that I have been sick a very long time and please also recognize my lawful, status as a Papal Knight, trained as an Ambassador and experience as an Ambassador, with Diplomatic Immunity granted to me by the Secretary of State of the Vatican and please Order all inferior Courts to dismiss all Harassment criminal charges against me, all generated by my sister, Defendant Geralyn Griffin, for I as a Roman Catholic Priest, have no mens rea, no Criminal Intent and no criminal mind to harm my sister, who is the main source of all Criminal Complaints against me, directly and indirectly.

2a. Plaintiff also asks the court to again recognize the fact that I've been sick a very long time and by accident, landed in Breinigsville, where I learned multiple protocols that reduced my lifelong disease of infections, if not eliminated them entirely. My title and lawful status are above a BAR Attorney title of Esquire, but if my title and status are not recognized and cases against me Ordered dismissed, then I reluctantly request the following:

2b. FULL COMPLIANCE under the Americans with Disabilities Act, 42 U. S. C. § 12101, et. seq., ("ADA"). 2. Honor the Vatican Neutrality Pledge of 1929, (Treaty Law), 3. Order the Court not to use testimony from my sister Geralyn, for she violated two private contracts, including the Thomas Patrick Kennedy family, PMA and uphold my sister to agreements for Arbitration. (Private law). This means no COurt can use her testimony against me the Trustee or me, the Sanctified Healer.

Jurisdiction and Venue

3. This court has Subject matter jurisdiction pursuant to the following statutes:

    a. under 28 U.S.C. § 1331, which gives this court original jurisdiction over civil actions arising under the Constitution, laws, or treaties of the United States.

    b. under 28 U.S.C. § 1343, which gives this court jurisdiction over actions to secure civil rights extended by the United States government.

    c. under 28 U.S.C. § 1367, which gives this court Supplemental jurisdiction over state law crimes.

4. Venue is appropriate in this Judicial District under 28 U.S.C. § 1391 (b) because events that give rise to this complaint occurred in this District.

PARTIES

5. Plaintiff is Edward Thomas Kennedy, my title Chevallier Reverend, with Diplomatic passport number; QS01003115, Apostolic Ecclesiastic Number 1003115, Date of ordination: November 17th 2013, has no mens rea or a criminal mind or criminal Intent for I am a priest and men who become priests have the high moral conscience and don't intent to harm any people with hurtful fax or mail.

6. Plaintiff was advised by his favorite law school advisor at his favorite law school to bring a polite case against the Defendants for many reasons, such as it may possibly facilitate peaceful settlement of all disputes that are outstanding, and that criminal charges against me for harassment of my sister by my sister, if convicted, would totally eliminate any possibility of becoming a BAR member.

7. Plaintiff is also an American with Disabilities and is impoverished as a result of the lifelong disability, and is frankly grateful and lucky to have amazing friends, and be alive, resides at 401 Tillage Road, Breinigsville, Pennsylvania 18031, which is part of the Judicial District of this court.

8. Plaintiff also has been very sick for a long time, and it has affected my financial status also, but the only wealth is health, and many I know are now dead, including my best friend John Doug Wylie, who died recently of brain tumors.

9. The good news is I'm healthy, my mind works better, I can think clearly and I absolutely want to be a BAR attorney. I am practicing to take the LSAT exam in December 2017 at Muhlenberg College in Allentown.

10. Plaintiff holds both United States and Vatican diplomatic passports, photocopies attached and is loyal to both the United States at and the Roman Catholic Church, and is aware of the influence of the Vatican has on the all US courts. Plaintiff is loyal to the United States and the Roman Catholic Church.

11. Plaintiff also desires to attend law school in the fall of 2008 in my law school advisor suggested as part of my application to law school this complaint add affidavit to test my skills as a litigator and as a fair way to settle all outstanding disputes peacefully.

12. Defendant Steven J Marshall is a Sergeant, Upper Macungie Township Police Department, 37 Grim Road, Gerber Road Breinigsville Pennsylvania 18031.

13. Defendant Christine Holman, is District Attorney of the County of Schuylkill, and a Pennsylvania Bar member, and is located at 401 North 2nd Street, Pottsville, PA 17901.

14. Defendant Pennsylvania BAR Association is a PMA, operating as an IRS 501 C nonprofit corporation, a religious organization. and is located at 100 South Street, Harrisburg, PA 17101.

15. Defendant Christina Hale is a Magistrate Judge and is located at 619 West Oak Street Frackville Pennsylvania 17 931.

16. Defendant Geralyn Griffin, aka Geralyn Kennedy, is my sister, and is employed by the borough of Frackville and is at 42 South Center St, Frackville, PA 17931. My sister prepares the paperwork for payroll to pay the Frackville Police Department and all Frackville Police are her friends. My sister invites the entire Frackville Police Department home for Christmas Easter and Thanksgiving dinner. I have met many Frackville Policemen at holiday dinners at my sister's home, across the street from her home in Frackville, and I dare say listened privately to the life stories and problems of several Frackville Policemen. I have no argument with police officers.

## Count I
Violation of Americans with Disabilities Act, 42 U. S. C. § 12101, et. seq., ("ADA").

17. Plaintiff incorporates and restates each of the above paragraphs as it fully set forth herein.

18. Defendant Stephen J. Marshall, plus approximately 24 others threatened the Plaintiff with a machine gun at approximately 2:30 PM Eastern Daylight Time on Friday, June 2, 2017, claiming that Plaintiff is a "sovereign citizen." This was not a kind, gracious experience for anyone including the witnesses who observed this in shock and horror.

## Count II
Violation of Americans with Disabilities Act, 42 U. S. C. § 12101, et. seq., ("ADA").

19. Plaintiff incorporates and restates each of the above paragraphs as it fully set forth herein.

20. Defendant Christina Hale, Magistrate Judge, violated by my ADA rights by failing to provide me with accommodation under the ADA as amended for electronic assistance in her Court in September 2017..

## Count III
Violation of US Treaty Law and violation the pledge of Vatican neutrality under Lateran Pacts of 1929 Article 24.

21. Plaintiff incorporates and restates each of the above paragraphs as it fully set forth herein.

22. Plaintiff says Defendant and Prosecuting Attorney against me, Christine Holman, violated the pledge of Vatican neutrality under Lateran Pacts of 1929 Article 24, "In regard to the sovereignty appertaining to it also in international matters, the Holy See declares that it desires to take, and shall take, no part in any temporal rivalries between other States, nor in any international congresses called to settle such matters, save and except in the event of such parties making a mutual appeal to the pacific mission of the Holy See, the latter reserving in any event the right of

exercising its moral and spiritual power. The Vatican City shall, therefore, be invariably and in every event considered as neutral and inviolable territory. Plaintiff did not make a mutual appeal to the pacific mission of the Holy See, with Christine Holman or her Deputy to settle disputes, and requests all criminal cases against me stop.

23. Plaintiff says Lateran Pacts of 1929, CONCILIATION TREATY Article 24, quote, In regard to the sovereignty appertaining to it also in international matters, the Holy See declares that it desires to take, and shall take, no part in any temporal rivalries between other States, nor in any international congresses called to settle such matters, save and except in the event of such parties making a mutual appeal to the pacific mission of the Holy See, the latter reserving in any event the right of exercising its moral and spiritual power. Vatican says the Vatican City shall, therefore, be invariably and in every event considered as neutral and inviolable territory.

Count IV
Private Contract violations
Violation of Right to Association and Assembly (Marbury vs Madison) and
Violation of Americans with Disabilities Act, 42 U. S. C. § 12101, et. seq., ("ADA").

24. Plaintiff incorporates and restates each of the above paragraphs as it fully set forth herein.

25. The Common Pleas Court Schuylkill County wrongly accepted testimony from my sister, Defendant Geralyn Griffin, who has no lawful Authority to testify against me under two valid contracts, which will be provided as evidence at trial, including a primary membership association membership, where Plaintiff is Trustee, and Defendant is a member, and a Sanctified Healing Services, trademarked SHS, with the Defendant, who violated both contracts by testifying against me.

WHEREFORE, Plaintiff requests that this Court enter judgment against all the Defendants providing the following relief:

a recognize my lawful status as a Papal Knight and a Diplomat and Order all Inferior Courts to dismiss all criminal charges against me for harassment for I am a Priest and a Papal Knight and Diplomat have no means rea. I have no criminal minds and hold no criminal intention to harm my sister past present or future.

b if possible from an accounting standpoint, please Order the return all Prison Bonds created and proceeds from all prison bonds created and / or return the principal and proceeds to my family in Frackville;

c if possible from an accounting standpoint, please Order returned of all intangible property taken by the Defendants or their agents from the Plaintiff to the Plaintiff.

d Order enjoining and restraining Defendants from further acts of litigation, discrimination or retaliation;

e Order compensatory damages or whatever amount deemed appropriate, suggest in excess of $2,000,000.00, 2 million US dollars to the Plaintiff;

f Father Edward Kennedy promises to sign a confidentiality agreement to keep secrets he has learned his loyalty lies with the United States and the Universal Church;

g Recommend by signed letter of Recommendation to the Pennsylvania Bar Association that Plaintiff be admitted to the private membership association immediately without qualification or restrictions or allow me to take the BAR Exam without a law school diploma;

h Recommend Plaintiff to the law schools he may choose to attend with a signed letters of Recommendation by the court for the Plaintiff or Recommend Plaintiff to the Vermont and California BAR associations to allow Plaintiff to sit for the BAR exam as soon as possible;

i As a Roman Catholic priest, my sacerdol duty is to preach scriptures and I preach unconditional love and unconditional forgiveness and I asked those that I forgive unconditionally will so forgive me unconditionally;

j an Order enjoining and restraining Defendants from continuing with all ongoing criminal complaints in the County of Schuylkill Court of Common Pleas against the Plaintiff; and

k an Order to return all documents stolen by the Defendants stamped priest penitent privilege or similar language privilege and at all times to respect priest penitent privilege of the Plaintiff without exception;

l forgive all the typos, punctuations, and grammar errors and all writings that weren't scholarly or lawyerly for the Plaintiff is disabled, cannot type well, has no administrative assistant assistance, and exclusively used voice recognition app technology provided by free by google.com.

m Order Defendant Geralyn Griffin to return all documents in her possession stamped priest penitent privilege or similar language;

n order this Complaint and Demand for Jury as my Constitutional Challenge to the Pennsylvania Criminal statute of harassment for Judicial Review for it is not in my opinion Constitutional, item 950 on the Court Cover sheet;

o such other Order in for the relief the Court deems appropriate.

Respectfully submitted,

*[signature]*

Chev. Rev. Edward Thomas Kennedy, Plaintiff
kennedy@2018 @alumni.nd.edu
address: 401 Tillage Road, Breinigsville Pennsylvania 18031
Phone: 415-275-1244.

October 11, 2017.