United States District Court
for the
Eastern District of Pennsylvania

Edward Thomas Kennedy,
    Plaintiff,

v.                            Case Number 174579

United States, et. al.
    Defendants.

Notice

1. Plaintiff requests this case to stop immediately, and apologizes to all.

2. Plaintiff filed this prior to agreements made on October 18th 2017 and hereby withdraws the Complaint against all defendants, or simply requests this become a nonsuit.

3. Plaintiff has 11 years of service as a Papal Knight, Sacred Medical Order Knights of HOPE, Hospitaller Order of Physicians & Ecclesiae, and 4 years of service as an ordained Roman Catholic priest. Eastern Rite. My title is Chevallier Reverend.

4. Plaintiff is scheduled to take the LSAT exam on December 2nd at Muhlenberg College in Allentown with the intent and expectation of attending Law School in Fall 2018 and sincerely respects the Pennsylvania Bar Association and its value to society and social stability. Forgive me please as I forgive all who intended to hurt me.

*/s/ Chev Rev ETK TR Ky.*
Chev. Rev. Edward Thomas Kennedy, Plaintiff
kennedy2018@alumni.nd.edu.
address: 401 Tillage Road, Breinigsville, PA 18031
Phone: 4152751244.

FILED

OCT 2 3 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk